# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS DESHAWN WOODS, Petitioner, v. CHRISTIAN PFEIFFER, Warden, Respondent. | Case No. ED CV 17-1863 CJC (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATE: May 15, 2018

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE