1

2

3

4

5

6

7

8

9 **IN THE UNITED STATES DISTRICT COURT**

10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12

13 CORNELIUS DESHAWN WOODS,          Case No. ED CV 17-1863 CJC (MRW)

14          Petitioner,

15          v.                                          JUDGMENT

16 CHRISTIAN PFEIFFER, Warden,

17          Respondent.

18

19

20          Pursuant to the Order Accepting Findings and Recommendations of the

21 United States Magistrate Judge,

22          IT IS ADJUDGED that the petition is denied and this action is dismissed

23 with prejudice.

24

25

26 DATE: May 15, 2018          _____

27                              HON. CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE
28